■ LAURIE JACOBI, Appellant, v JENNIE DENI et al., Respondents. [999 NYS2d 907]—Appeal from an order of the Supreme

Court, Erie County (Timothy J. Drury, J.), entered September 26, 2013. The order denied the motion of plaintiff for a new trial.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.